CHARLOTTE-MECKLENBURG HOSPITAL AUTH. v. N.C. INDUSTRIAL COMM.

[336 N.C. 305 (1994)]

CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, D/B/A CAROLINAS MEDICAL CENTER; CHARLOTTE INSTITUTE OF REHABILITATION AND UNIVERSITY HOSPITAL; CAROLINA MEDICORP, INC.; FORSYTH MEMORIAL HOSPITAL, INC.; MEDICAL PARK HOSPITAL, INC.; DUKE MEDICAL CENTER; HIGH POINT REGIONAL HOSPITAL; MEMORIAL MISSION HOSPITAL, INC.; MOSES H. CONE MEMORIAL HOSPITAL; AND NORTH CAROLINA BAPTIST HOSPITALS, INC. v. NORTH CAROLINA INDUSTRIAL COMMISSION AND JAMES J. BOOKER, J. HAROLD DAVIS AND J. RANDOLPH WARD, IN THEIR OFFICIAL CAPACITIES AS ITS CHAIRMAN AND MEMBERS

No. 119PA93

(Filed 6 May 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 prior to a determination by the Court of Appeals of summary judgment for plaintiffs entered by Bailey, J., at the 11 December 1992 Session of Superior Court, Wake County. Heard in the Supreme Court 13 September 1993.

*Turner Enochs & Lloyd, P.A., by Wendell H. Ott and Laurie S. Truesdell; and Womble Carlyle Sandridge & Rice, by Roddey M. Ligon, Jr., Anthony H. Brett, and Dale E. Nimmo, for plaintiff-appellees.*

*Michael F. Easley, Attorney General, by Isham B. Hudson, Jr., Senior Deputy Attorney General, for defendant-appellants.*

PER CURIAM.

Pursuant to *Charlotte-Mecklenburg Hospital Auth. v. N.C. Industrial Comm.*, 336 N.C. 200, 443 S.E.2d 716, (1994) this case is dismissed as moot.

DISMISSED.